260

872 A.2d 1050
IN THE MATTER OF GERALD M. LYNCH,
AN ATTORNEY AT LAW.

May 2, 2005.

ORDER

The Disciplinary Review Board having filed with the Court its decision in DRB 04–439, concluding that **GERALD M. LYNCH** of **NEW BRUNSWICK,** who was admitted to the bar of this State in 1977, should be reprimanded for violating *RPC* 8.1(b)(failure to cooperate with ethics authorities), and good cause appearing;

It is ORDERED that **GERALD M. LYNCH** is hereby reprimanded; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs incurred in the prosecution of this matter.